PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

Name of Offender: James Miraldi                                    Cr.: 06-00221-001

Name of Sentencing Judicial Officer: Kent J. Dawson, USDJ - District of Nevada (jurisdiction transferred to District of New Jersey on 03/01/06)

Date of Original Sentence: 0/01/02

Original Offense: Conspiracy to Commit Access Device Fraud

Original Sentence: 30 months custody; 3 years supervised release; $59,200 restitution; $100 special assessment

Type of Supervision: Supervised Release          Date Supervision Commenced: 02/12/04

## PETITIONING THE COURT

[ ]   To extend the term of supervision for          Years, for a total term of          Years.
[X]   To modify the conditions of supervision by waiving the following special condition(s):

The defendant shall complete 100 hours of community service.

## CAUSE

The offender has a myriad of significant health problems that impede his ability to fulfill this obligation.

Respectfully submitted,

By: Denise Morales
U.S. Probation Officer
Date: 01/03/07

THE COURT ORDERS:

[✓] The Waiver of the Condition Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

1/9/07
Date